**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 11-po-00105-DW-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

COREY RICHARDS,

    Defendant.

---

**ORDER TERMINATING PROBATION UNSATISFACTORILY**

---

    THIS MATTER is before the Court upon report of the probation officer regarding the defendant's unsatisfactory adjustment to probation. On September 14, 2012, a violation hearing was held and the Court found that the defendant's adjustment to probation has been unsatisfactory. It is hereby

    ORDERED that the defendant's probation be terminated unsatisfactorily, effective September 14, 2012.

    DATED at Durango, Colorado, this 11th day of October, 2012.

                      BY THE COURT:

                      s/David L. West
                      United States Magistrate Judge